UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Brian R. Martinotti |
| v. | Crim. No. 24-712 |
| MEHMET ALI ELMAS | **AMENDED Scheduling Order** |

This matter having come before the Court; and the United States being represented by Alina Habba, United States Attorney for the District of New Jersey (Christopher Fell, Assistant U.S. Attorney, appearing); and Mehmet Ali Elmas being represented by Blair R. Zwillman, Esq.; and the Court having determined that this matter may be treated as a criminal case that requires extensive discovery within the meaning of paragraph 4 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on an amended schedule for discovery; and the Court having accepted such schedule, and for good cause shown,

It is on this ___ day of July, 2025, ORDERED that:

1. The following shall be the amended schedule for the exchange of discovery:

    a. The Government shall provide all Rule 16 discovery and all *Brady* material on or before July 18, 2025.

    b. The Defendant shall provide all reciprocal discovery on or before August 18, 2025.

    c. The Court shall schedule a status conference after the parties have notified the Court that discovery has closed.

_____
Honorable Brian R. Martinotti
United States District Judge